■ In the Matter of KAREN A. WHITAKER, as Proposed Guardian of JOSEPH L. MARTIN, JR., Respondent, v KENNEDY/TOWN OF POLAND et al., Appellant, et al., Respondents. [992 NYS2d 658]— Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered September 12, 2013. The order granted the application of claimant for leave to serve a late notice of claim on respondents Kennedy/Town of Poland and Town of Poland Highway Department.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see McBee v County of Onondaga*, 34 AD3d 1360, 1360 [2006]). Present—Smith, J.P., Fahey, Lindley, Whalen and DeJoseph, JJ.